UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANELLE REEVES,
        Plaintiff,

Case No. 09-10594

V

Hon. Patrick J. Duggan

BCBG MAXAZRIA GROUP, INC.
        Defendant.
_____/

## DISMISSAL WITH PREJUDICE

At a session of the court
Held this : August 11, 2009
PRESENT: THE HON. PATRICK J. DUGGAN

    The parties having resolved this matter.

IT IS HEREBY ORDERED that this case is DISMISSED WITH PREJUDICE.

This resolves the last pending issue in this case and CLOSES this case file.

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: August 11, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 11, 2009, by electronic and/or ordinary mail.
        s/Marilyn Orem
        Case Manager

Approved:
*/s/ Richard A. Meier*　　　　　　　*/s/ Marlo Johnson Roebuck*
Attorney for the Plaintiff　　　　　　Attorney for the Defendant